# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3623

_____

Joshua D. McEntire

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of the Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: June 19, 2014
Filed: June 24, 2014
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Joshua D. McEntire appeals from an order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income. Upon de novo review, we find that the denial of benefits is supported by substantial evidence on the record as a whole. See Myers v. Colvin, 721 F.3d 521, 524 (8th Cir. 2013). Specifically, we find no merit to McEntire's challenges to the administrative law judge's (ALJ's) credibility determination, see Halverson v. Astrue, 600 F.3d 922, 931–32 (8th Cir. 2010) (noting that ALJ may discount claimant's subjective complaints if there are inconsistencies in the record as whole); or to the ALJ's residual functional capacity (RFC) findings, see Perks v. Astrue, 687 F.3d 1086, 1092 (8th Cir. 2012) (noting that medical records, physician observations, and claimant's subjective statements about his capabilities are considerations in RFC findings and that RFC findings must also be supported by some medical evidence). Accordingly, we affirm the judgment of the District Court.

_____

---

[1]The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).